

**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

800 242 4084 tel
202 572 9600 fax
www.ctlegalsolutions.com

*Let this be filed ESH 4/14/08*

April 08, 2008

Daniel M. Katz
Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.,
Suite 250,
Washington, DC 20016

Re: Board of Trustees of Unite Her Local 25 and Hotel Association of Washington, D.C. Health and Welfare Fund, et al., Pltfs. vs. Mandarin Oriental, Washington, D.C. Hotel, Dft.

Case No. 1:08-cv-00574 ESH

Dear Sir/Madam:

We are herewith returning the Notice of Lawsuit and Request to Waive Service of a Summons, Complaint, Certificate of Service, Exhibits, Initial Case Filing Order, Proposed Waiver of Summons (2 Sets), Self Addressed Stamped Envelope which we received regarding the above captioned matter.

Mandarin Oriental, Washington, D.C. Hotel is not listed on our records or on the records of the State of DC.

Very truly yours,


Mark Diffenbaugh
Fulfillment Manager

Log# 513286389

cc: District Court
    United States Courthouse,
    1225 E. Barrett Prettyman,
    333 Constitution Avenue, N.W.,
    Washington, DC 20001