UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
BOARD OF TRUSTEES OF                           :
UNITE HERE LOCAL 25 AND                        :
HOTEL ASSOCIATION OF WASHINGTON, D.C.          :
HEALTH AND WELFARE FUND, ET AL.                :
                                               :
           **Plaintiffs,**                     :
                                               :
                                               : **Civil Action No.**
      -against-                                : **1:08-cv-00574(ESH)**
                                               :
                                               :
MANDARIN ORIENTAL, WASHINGTON, D.C.            :
HOTEL                                          :
                                               :
           **Defendant.**                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Board of Trustees of the UNITE HERE Local 25 and Hotel Association of Washington, D.C., Health and Welfare Fund, and the Board of Trustees of the UNITE HERE Local 25 and Hotel Association of Washington, D.C., Group Legal Services Fund, hereby dismiss this action without prejudice.

Respectfully submitted,

/s/Daniel M. Katz_____
Daniel M. Katz, DC Bar #065409
KATZ & RANZMAN, P.C.
4530 Wisconsin Avenue, N.W.
Suite 250
Washington, D.C.  20016
(202) 659-4656

Dated: April 24, 2008                Attorney for Plaintiffs

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify on this 24th day of April, 2008, I served a copy of the foregoing NOTICE OF DISMISSAL by first-class mail upon the following:

    General Manager
    Mandarin Oriental, Washington, D.C. Hotel
    1330 Maryland Avenue, S.W.
    Washington, DC 20024

                              <u>/s/Daniel M. Katz</u>
                              Daniel M. Katz